UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A DUVAL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-cv-1302-BAT<br><br>**ORDER REVERSING AND REMANDING** |

　　　Based on the stipulation of the parties (Dkt. 21), it is **ORDERED** that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income under Title II and Title XVI of the Social Security Act be **REVERSED and REMANDED** to the Commissioner of Social Security for a new decision. On remand, the Commissioner will assign this case to a different administrative law judge for a new hearing and a new decision.

　　　Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

　　　DATED this 26th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER REVERSING AND REMANDING - 1